## MOTION DOCKET

**94–375.** Cent. Motors Corp. v. Pepper Pike. *Cuyahoga County,* No. 64422. On motion for leave to file reply brief of *amicus curiae* by residents of Pepper Pike. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**94–642, 94–643** and **94–644.** Gen. Motors Corp. Packard Elec. Div. v. Tracy. Board of Tax Appeals, No. 92–K–146. On motion for admission *pro hac vice* by John C. Duffy for Timothy Dyk. Motion granted.

**94–1501.** Williams v. Grange Mut. Cas. Co. *Franklin County,* No. 93APE12–1735. On motion to dismiss appeal as improvidently allowed. Motion denied. On motion to strike appellants' Proposition of Law No. 1. Motion granted.

PFEIFER, J., dissents.

**94–2103.** State v. Bocook. *Muskingum County,* No. CT9347. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and WRIGHT, JJ., dissent.

**94–2694.** State v. Travis. *Cuyahoga County,* No. 56825. On motion for appointment of counsel. Motion denied.

**95–28.** Cleveland City School Dist. Bd. of Edn. v. URS Co. *Cuyahoga County,* No. 64496. On motion for leave to exceed page limitation. Motion denied.

DOUGLAS and WRIGHT, JJ., dissent.

**95–30.** State v. King. *Clark County,* No. 2502. On motion for appointment of counsel. Motion denied.